[No. 23838-1-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT L. SEMANKO, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00104-6, Toni A. Sheldon, J., entered August 27, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23959-1-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN WAYNE DOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00532-1, H. John Hall, J., entered November 2, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[Nos. 23976-1-II; 23977-9-II.    Division Two.    December 3, 1999.]

THE CITY OF BREMERTON, *Respondent*, v. THE ESTATE OF MATTIE ANDERSON, ET AL., *Appellants*.

THE CITY OF BREMERTON, *Respondent*, v. LOVIE M. NICHOLS, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 98-2-02781-1, 96-2-01857-2, Jay B. Roof, J., entered November 6, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 24117-0-II.    Division Two.    December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL F. PARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00769-6, Randolph Furman, J., entered November 24, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Hunt, JJ.